UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-mj-200-GWF |
| Plaintiff, | **ORDER CONTINUING** |
| v. | **PRELIMINARY HEARING** |
| FRED OAXACA, ET AL., | |
| Defendants. | |

# ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter as to Defendants FRED OAXACA, LUIS CUEVAS, and MARTIN CUEVAS, currently scheduled for August 1, 2016, at the hour of 4:00 p.m., be vacated and continued to _____September 8_____, 2016 at the hour of ____4:00____ _p_.m.

_____
UNITED STATES MAGISTRATE JUDGE

4